# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 15, 2023

## NO. 03-22-00104-CV

**Realtex Housing Management, LLC, Appellant**

**v.**

**Villa Main Housing Associates, Ltd., Appellee**

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, KELLY, AND THEOFANIS**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on December 3, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.